IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARD HANKS,                          )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )          Case No. 3:06-cv-195 DGW
                                       )
ANTHONY A. RAMOS, et al.,              )
                                       )
          Defendants.                  )

**ORDER**

Currently pending before the Court are Plaintiff's Motion for Disclosure Order (Doc. 45),

Defendants' Motion to Strike the Motion for Disclosure Order (Doc. 49), and Plaintiff's Motion

for Extension of Time to Complete Discovery (Doc. 50).

**MOTION FOR DISCLOSURE ORDER AND MOTION TO STRIKE**

Plaintiff, then an inmate at the Menard Correctional Center, filed a pro se complaint in

this action on March 3, 2006.  After the defendants were served, and discovery had begun, the

Court granted Plaintiff's motion for reconsideration of its earlier order denying appointment of

counsel (Doc. 41).  Attorney Thomas Q. Keefe, III, was appointed to represent Plaintiff in the

action by letter dated May 7, 2008 (Doc. 44).  On the same day, Plaintiff filed a Motion for

Disclosure Order requesting that the Court order the Illinois Department of Corrections to

disclose Plaintiff's medical records to him for purposes of preparing his case.  Defendants move

to strike this motion because at the time it was filed, Plaintiff was represented by counsel.  The

Court will not ordinarily consider pro se motions from counseled parties. See United States v.

Troxell, 887 F.2d 830, 836 (7th Cir. 1989).

The Court believes it likely that Plaintiff mailed the motion to the Court prior to the

appointment of Mr. Keefe as his attorney.  The Court agrees, however, that Plaintiff is now

represented by counsel who can assist him with completing discovery, and that the Motion for Disclosure Order is no longer necessary and should be stricken. Accordingly, Defendants' Motion to Strike the Motion for Disclosure Order (Doc. 49) is **GRANTED**. The Clerk is **DIRECTED** to strike the Motion for Disclosure Order.

### MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Due to the appointment of counsel just prior to the scheduled close of discovery, Plaintiff now moves for an extension of the time to complete discovery (Doc. 50). The motion is **GRANTED**. The schedule is amended as follows:

1. Discovery shall be completed by July 18, 2008.

2. Dispositive motions shall be filed on or before August 15, 2008.

**IT IS SO ORDERED.**

**DATED: June 17, 2008**

s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**